Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
3099 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

N&A Produce & Grocery, Corp.,
*d/b/a Pioneer Supermarket*

Debtor.
-------------------------------------------------------X

Case No: 18-13336-jlg

Chapter 11

**AFFIDAVIT OF PRINCIPAL**

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF KINGS  )

Yokasta D. Medina, being duly sworn, depose and say:

1. I am the Principal/sole shareholder of N&A Produce & Grocery, Corp., the Debtor herein, and as such, I am fully familiar with the facts and circumstances contained herein, the following is based on my personal knowledge.
2. There are no corporations which own 10% or more of any class of the Debtor's equity interest, hence there are no entities to report in this Affidavit.

_____
Yokasta D. Medina
Principal of N&A Produce & Grocery, Corp.

Sworn and subscribed before me
On this 31st day of October 2018

_____
Notary Public

MARGARET EDWARDS
Notary Public - State of New York
No. 01ED6124272
Qualified In New York County
My Comm. Expires Mar. 28, 2021