# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: N&A Produce & Grocery, Corp. | CASE NO.: 18–13336–jlg |
| dba   Pioneer Supermarket | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 27–4707632 | CHAPTER:  7 |

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Kenneth Silverman is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 5, 2023

James L. Garrity Jr., Bankruptcy Judge